**Dismiss and Opinion Filed April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00661-CV

### GREGORIO SANTIZO, Appellant
### V.
### ELSY E. SANTIZO, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15526-S**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated January 21, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Carolyn Wright/

130661F.P05
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GREGORIO SANTIZO, Appellant

No. 05-13-00661-CV        V.

ELSY E. SANTIZO, Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-11-15526-S.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ELSY E. SANTIZO recover her costs of this appeal from appellant GREGORIO SANTIZO.

Judgment entered April 3, 2014

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE